THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTONIO GIORDANO, Appellant.

(Argued May 8, 1916; decided June 16, 1916.)

APPEAL from a judgment of the Supreme Court, rendered December 22, 1915, at a Trial Term for the county

of Monroe, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Anthony Miceli* for appellant.

*John W. Barrett, District Attorney (William F. Love* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, SEABURY and POUND, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and HOGAN, J.